IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO.: 3:08CV109-FDW-DCK

| | |
|---|---|
| JOHN POWDERLY II and CAROLINA BIOONCOLOGY INSTITUTE, PLLC, ) ) ) | |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| ) | |
| BLUE CROSS BLUE SHIELD OF NORTH CAROLINA, et al., ) ) ) | |
| Defendants. ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application for Admission to Practice Pro Hac Vice" (Document No. 3) filed March 21, 2008 to appear as co-counsel for Defendant Blue Cross Blue Shield of North Carolina of James Michael Burns, and it appearing to the Court under Local Rule 83.1(B) that such counsel should be admitted *pro hac vice* as representing Defendant Blue Cross Blue Shield of North Carolina.

**IT IS THEREFORE ORDERED** that the motion is granted and that such counsel is admitted to practice before this Court *pro hac vice*.

Signed: March 25, 2008

David C. Keesler
United States Magistrate Judge