IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO.: 3:08CV109-FDW-DCK

| | |
|---|---|
| JOHN POWDERLY II and CAROLINA BIOONCOLOGY INSTITUTE, PLLC, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) **ORDER** |
| | ) |
| BLUE CROSS BLUE SHIELD OF NORTH CAROLINA, et al., | ) ) ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application for Admission to Practice Pro Hac Vice" (Document No. 9) filed April 2, 2008 to appear as co-counsel for Plaintiffs Dr. John Powderly II and Carolina BioOnocology Institute, PLLC of Michael F. Ruggio, and it appearing to the Court under Local Rule 83.1(B) that such counsel should be admitted *pro hac vice* as representing Plaintiffs Dr. John Powderly II and Carolina BioOnocology Institute, PLLC.

**IT IS THEREFORE ORDERED** that the motion is granted and that such counsel is admitted to practice before this Court *pro hac vice*.

Signed: April 2, 2008

_____
David C. Keesler
United States Magistrate Judge