IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO.: 3:08CV109-FDW-DCK

| | |
|---|---|
| JOHN POWDERLY II and CAROLINA BIOONCOLOGY INSTITUTE, PLLC, <br><br> Plaintiff, <br><br> v. <br><br> BLUE CROSS BLUE SHIELD OF NORTH CAROLINA; HEALTH CARE SERVICE CORPORATION; BLUE CROSS AND BLUE SHIELD OF SOUTH CAROLINA; BLUE CROSS AND BLUE SHIELD ASSOCIATION, <br><br> Defendants. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Application for Admission to Practice Pro Hac Vice" (Document No. 14) filed April 10, 2008 to appear as co-counsel for Defendants Health Care Service Corporation and Blue Cross Blue Shield of South Carolina for admission *pro hac vice* of Elizabeth B. Herrington, and it appearing to the Court under Local Rule 83.1(B) that such counsel should be admitted *pro hac vice* as representing Defendants Health Care Service Corporation and Blue Cross Blue Shield of South Carolina.

**IT IS THEREFORE ORDERED** that the motion is granted and that such counsel is admitted to practice before this Court *pro hac vice*.

Signed: April 14, 2008

David C. Keesler
United States Magistrate Judge