**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO.: 3:08CV109-FDW-DCK**

| | | |
|---|---|---|
| JOHN POWDERLY II and CAROLINA BIOONCOLOGY INSTITUTE, PLLC, | ) ) ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| BLUE CROSS BLUE SHIELD OF NORTH CAROLINA; HEALTH CARE SERVICE CORPORATION; BLUE CROSS AND BLUE SHIELD OF SOUTH CAROLINA; BLUE CROSS AND BLUE SHIELD ASSOCIATION, | ) ) ) ) ) ) | |
| Defendants. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application for Admission to Practice Pro Hac Vice" (Document No. 15) filed April 10, 2008 to appear as co-counsel for Defendants Health Care Service Corporation and Blue Cross Blue Shield of South Carolina for admission *pro hac vice* of David Marx, Jr., and it appearing to the Court under Local Rule 83.1(B) that such counsel should be admitted *pro hac vice* as representing Defendants Health Care Service Corporation and Blue Cross Blue Shield of South Carolina.

**IT IS THEREFORE ORDERED** that the motion is granted and that such counsel is admitted to practice before this Court *pro hac vice*.

Signed: April 14, 2008

David C. Keesler
United States Magistrate Judge