IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 3:08-cv-109

DR. JOHN POWDERLY II AND CAROLINA
BIOONCOLOGY INSTITUTE, PLLC,

      Plaintiffs,

      v.

BLUE CROSS AND BLUE SHIELD OF NORTH
CAROLINA; HEALTH CARE SERVICE
CORPORATION; BLUE CROSS AND BLUE SHIELD
OF SOUTH CAROLINA; AND BLUE CROSS AND
BLUE SHIELD ASSOCIATION,

      Defendants.

**ORDER FOR *PRO HAC VICE* ADMISSION OF AMANDA J. WENDORFF**

Amanda J. Wendorff, an active member in good standing of the bar of the state of Illinois, having applied in the above-captioned action for admission to practice in the Western District of North Carolina on a *pro hac vice* basis to represent Blue Cross and Blue Shield Association, and the court having reviewed and considered the foregoing submissions,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and requirements of Local Rule 83.1B.

<u>All counsel are advised that local counsel must sign all documents submitted to the Court and as such are accountable for the substance of such submissions under Rule 11 of the Federal Rules of Civil Procedure.</u>

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; <u>and to the Honorable Frank D. Whitney</u>.

**SO ORDERED.**

Signed: May 23, 2008

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge