IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Civil Action No. 3:08CV109-W

| | |
|---|---|
| Dr. John Powderly, II, and Carolina BioOncology Institute, PLLC,<br><br>   Plaintiffs,<br><br>v.<br><br>Blue Cross and Blue Shield of North Carolina; Health Care Service Corporation; Blue Cross and Blue Shield of South Carolina; and Blue Cross and Blue Shield Association,<br><br>   Defendants. | **ORDER** |

**THIS MATTER** is before the Court on Defendants Health Care Service Corporation and Blue Cross and Blue Shield of South Carolina's "Application for Admission to Practice Pro Hac Vice" (document #62) filed June 30, 2008, requesting admission of Attorney Stephanie Lynne Poulos to represent Defendants Health Care Service Corporation and Blue Cross and Blue Shield of South Carolina. For the reasons set forth therein, the motion will be **GRANTED**.

All counsel are advised that local counsel must sign all documents submitted to the Court and as such is accountable for the substance of such submissions under Rule 11 of the Federal Rules of Civil Procedure.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel.

**SO ORDERED**.

Signed: June 30, 2008

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge