IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 3:08-CV-109-FDW

DR. JOHN POWDERLY II AND CAROLINA
BIOONCOLOGY INSTITUTE, PLLC,

      Plaintiff,

      v.

BLUE CROSS AND BLUE SHIELD OF NORTH
CAROLINA,

      Defendant.

**ORDER GRANTING BLUE CROSS AND BLUE SHIELD'S
MOTION TO EXPAND WORD LIMIT**

THIS CAUSE came on upon the motion of Blue Cross and Blue Shield of North Carolina ("BCBSNC") for an order expanding the word limit within which it could respond to Plaintiffs' Motion to Compel. Having reviewed BCBSNC's Motion to Expand Word Limit, the Court finds that BCBSNC's motion should be granted based on good cause, circumstances shown, and with the Plaintiff's consent.

IT IS THEREFORE ORDERED that BCBSNC's Motion to Expand Word Limit be, and the same hereby is, granted with the following relief accruing:

(1) BCBSNC is granted leave to file a response to Plaintiffs' Motion to Compel that shall not exceed 6000 words inclusive of headings, footnotes, quotations and citations.

(2) The case caption, table of contents, table of authorities, and any certificates of counsel do not count toward the limitations set forth in the foregoing paragraph.

**SO ORDERED**.

Signed: November 25, 2008

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge

