# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## DOCKET NO. 3:08-CV-109-FDW

| | |
|---|---|
| DR. JOHN POWDERLY, II and CAROLINA BIOONCOLOGY INSTITUTE, PLLC, | ) ) ) ) |
| Plaintiffs | ) ) |
| vs. | ) ) ) |
| BLUE CROSS AND BLUE SHIELD OF NORTH CAROLINA, | ) ) ) |
| Defendant. | ) ) ) |

**ORDER**

NOW BEFORE THE COURT is Plaintiffs' Motion for Extension of Time to File Opposition to Defendant's Motion for Summary Judgment (Doc. No. 135). In recognition of the complex nature of this case, and to promote its just and expedient adjudication, the Court shall GRANT Plaintiffs' motion and sets the following schedule:

1. Plaintiffs' memorandum in opposition to Defendant's motion for summary judgment shall be filed not later than 6 April 2009.

2. Any reply memorandum shall be filed by Defendant not later than 24 April 2009.

3. Hearing on all pending motions (Doc. Nos. 122, 124 & 128) shall be held at **9:00 a.m.** on **Monday, 18 May 2009** in Courtroom #1 of the Charles R. Jonas Federal Building, Charlotte, North Carolina. Counsel for each side should be prepared to limit their presentation to 30 minutes or less.

IT IS SO ORDERED.

Signed: March 13, 2009

Frank D. Whitney
United States District Judge